

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMS
F. #2014R00196

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 23, 2016

<u>By ECF and Federal Express</u>

Charles Swift, Esq.
833 E. Arapaho Road, Suite 102
Richardson, Texas 75081

Linda Moreno, Esq.
P.O. Box 10985
Tampa, Florida 33679

        Re:    <u>United States v. Asia Siddiqui et al.</u>
                <u>Criminal Docket No. 15-213 (SJ)</u>

Dear Mr. Swift and Ms. Moreno:

      As per your request, enclosed please find copies of discovery which has been produced to defendant Siddiqui in this case to date, in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery is being re-produced pursuant to the Stipulation and Order entered by the Court on July 29, 2015.

      Specifically, enclosed are CDs containing the government's prior productions and corresponding cover letters, dated July 30, 2015, September 30, 2015, December 22, 2015, April 5, 2016 and June 3, 2016.

      As we have discussed with Ms. Moreno, once you provide us with an appropriate hard drive, we will load onto that drive audio recordings of conversations between and among the defendants and the undercover officer in this case.

      If you have any questions or further requests, please do not hesitate to contact me.

Very truly yours,

ROBERT L. CAPERS
United States Attorney

By:   /s/ Jennifer M. Sasso
      Jennifer M. Sasso
      Douglas M. Pravda
      Alexander A. Solomon
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosures, bearing Bates numbers Siddiqui 000001-000748, Velentzas 002078-002230, VS 000001-VS 009187 and VS 009189-VS 35549

cc:    Clerk of the Court (SJ) (by ECF) (without enclosures)