

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH
F. #2014R00196

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 29, 2018

By Email and ECF

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Noelle Velentzas and Asia Siddiqui
               Criminal Docket No. 15-213 (SJ)

Dear Judge Johnson:

      The government writes with the consent of the defendant to respectfully request that the hearing scheduled for January 3, 2019 be adjourned one week, to January 10, 2019 at 9:30AM. On Friday, December 28, the Court scheduled a hearing on defendant Asia Siddiqui's motion to suppress to be held next Thursday, January 3. The government and counsel for defendant have conferred, and both are unavailable to conduct a hearing on that date. Both sides are available the following Thursday, January 10 and counsel for the defendant consents to this request.

.

                                  Respectfully submitted,

                                  RICHARD P. DONOGHUE
                                  United States Attorney

                By:    /s/ Craig R. Heeren
                        Craig R. Heeren
                        Jennifer Sasso
                        Assistant U.S. Attorneys
                        718-254-7000