

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JGH
F. #2014R00196

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 9, 2019

<u>By Email and ECF</u>

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Noelle Velentzas and Asia Siddiqui</u>
            <u>Criminal Docket No. 15-213 (SJ)</u>

Dear Judge Johnson:

      As explained in defense counsel's August 2, 2019 letter to the Court, the defense has requested an adjournment of the trial in the above-captioned case, which is currently scheduled for October 15, 2019. The defense made the request for several reasons, including: (1) the unavailability of counsel for Ms. Siddiqui during the currently scheduled trial date; (2) the pending reproduction of previously produced discovery that was destroyed due to a cyberattack on defense counsel's computer system; and (3) ongoing plea negotiations that may resolve the case. As stated in defense counsel's August 2, 2019 letter, the government does not object to the request. Additionally, the government respectfully requests that time be excluded for these reasons if an adjournment is granted.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/ Josh Hafetz
      Josh Hafetz
      Craig R. Heeren
      Jonathan E. Algor
      Assistant U.S. Attorneys
      718-254-7000