# THE LAW OFFICES OF SEAN M. MAHER, PLLC

May 29, 2020

**VIA ECF**

Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **RE:**   *United States v. Velentzas et al.,* **(Noelle Velentzas),**
             15 Cr. 213 (SJ)

Dear Judge Johnson:

      On behalf of Ms. Velentzas, I respectfully write to request that the sentencing hearing scheduled for June 2, 2020 be rescheduled until mid-September 2020 in light of the circumstances surrounding the COVID-19 pandemic.

      I have conferred with the government and all sides are available on any Tuesday, Wednesday, or Thursday from September 16 through September 30.

      I have relayed this adjournment request to the government and have been informed by AUSA Jonathan Algor that the government has no objection to this request.

      The Court's consideration is greatly appreciated.

                                                                       Respectfully submitted,

                                                                         /S/
                                                                Sean M. Maher
                                                               *Counsel for Noelle Velentzas*

cc: All counsel (via ECF)