# THE LAW OFFICES OF SEAN M. MAHER, PLLC

November 23, 2020

**VIA ECF**

Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **RE:**   *United States v. Velentzas et al.,* **(Noelle Velentzas),**
             **15 Cr. 213 (SJ)**

Dear Judge Johnson:

    On behalf of Ms. Velentzas, I respectfully write to request that the sentencing hearing scheduled for December 3, 2020 be adjourned for 60-90 days in light of the precarious circumstances surrounding the COVID-19 pandemic. Should the Court grant the adjournment, I would ask that the following dates be avoided due to prior court obligations that I have: 1/19, 1/21, 1/28, 2/4, and 2/24.

    I have relayed this adjournment request to the government and have been informed by AUSA Joshua Hafetz that the government consents to this request.

    The Court's consideration is greatly appreciated.

                                                          Respectfully submitted,

                                                             /S/
                                                      Sean M. Maher
                                                      *Counsel for Noelle Velentzas*

cc: All counsel (via ECF)