# THE LAW OFFICES OF SEAN M. MAHER, PLLC

February 25, 2021

**VIA ECF**

Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **RE:**   *United States v. Velentzas et al.,* **(Noelle Velentzas),**
             **15 Cr. 213 (SJ)**

Dear Judge Johnson:

    On behalf of Ms. Velentzas, I respectfully write to request that the sentencing hearing scheduled for March 3, 2021 be adjourned for 60-90 days in light of the precarious circumstances surrounding the COVID-19 pandemic. Should the Court grant the adjournment, the following dates work well for the defense: 5/4, 5/5, 5/6, 5/13, 5/19, 5/20, 5/25, 5/26, and 5/27.

    I have relayed this adjournment request to the government and have been informed by AUSA Joshua Hafetz that the government has no objection to this request.

    The Court's consideration is greatly appreciated.

                                                  Respectfully submitted,

                                                  /S/
                                              Sean M. Maher
                                              *Counsel for Noelle Velentzas*

cc: All counsel (via ECF)