

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JEA
F. #2014R00196

*271 Cadman Plaza East
Brooklyn, New York 11201*

May 27, 2021

<u>By Email and ECF</u>

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Noelle Velentzas
                   Criminal Docket No. 15-213 (SJ)</u>

Dear Judge Johnson:

        The government respectfully submits this letter to request that the sentencing hearing currently scheduled for June 2, 2021 at 12:00 p.m. be adjourned to June 16, 2021 at 12:00 p.m. As the Court is aware, a sentencing hearing was originally scheduled in the above-captioned matter for May 26, 2021 at 12:00 p.m. On May 24, 2021, the Court adjourned the hearing due to a conflict in the Court's schedule to June 2, 2021. The government immediately inquired to see if there was any availability at the Metropolitan Detention Center for a conference on that date and was advised that there was no availability. Accordingly, the government respectfully requests that the sentencing hearing be adjourned to June 16, 2021 at 12:00 p.m.

                                      Respectfully submitted,

                                      MARK J. LESKO
                                      Acting United States Attorney

                 By:    <u>/s/ Jonathan E. Algor</u>
                          Craig R. Heeren
                          Josh Hafetz
                          Jonathan E. Algor
                          Assistant U.S. Attorneys
                          718-254-7000